IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SMITH'S CONSUMER PRODUCTS, INC.**                                                                                 **PLAINTIFF**

**v.**                     **Case No. 4:24-cv-00045 KGB**

**LOWE'S COMPANIES, INC. and
LOWE'S HOME CENTERS, LLC**                                                                    **DEFENDANTS**

## ORDER

Before the Court is plaintiff Smith's Consumer Products, Inc.'s ("SCP") notice of voluntary dismissal without prejudice (Dkt. No. 8). SCP states that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it voluntarily dismisses without prejudice its complaint filed on January 19, 2024. The notice accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court adopts the notice of dismissal (Dkt. No. 8).

So ordered this 23rd day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge